**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 774 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
JOSE M. GERMAN SANTOS, :
:
Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.